IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 11-cv-01777-REB -CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 1, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                              *Counsel:*

TRENTON H. PARKER,                    *Pro se*

        Plaintiff,

v.

DANIEL S. MAUS, in his official and          Amy Colony
individual capacities,                                  Mark Ratner
BRUCE T. BARKER, in his official and
individual capacities,
STEPHANIE ARRIES, in her official and
individual capacities, and
JOHN COOK, in his individual and official
capacities. In. Re. Weld County
Commissioners v. Land Home Development
Company, Inc. & Trenton Parker, Case No.
07-CV-189,

        Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   STATUS CONFERENCE**
**Court in Session:      9:18 a.m.**
Court calls case.  Appearances of counsel.  Statements by Plaintiff.

Discussion between the Court and counsel regarding the history of the case; Rule 15(a);
Plaintiff's Late Answer and Motion to Amend Original Complaint for Cause [Doc. No. 16];
Plaintiff failing to provide a proposed amended complaint and response to Defendants' motions
to dismiss; following the federal and local rules; staying the case; serving discovery; Defendants
Barker, Arries and Cook's Motion to Dismiss Pursuant to Fed. R. Civ. P.12(b)(1) and 12(b)(6)
[Doc. No. 3]; and Defendants Barker, Arries and Cook's Motion to Stay Proceedings Pending

Determination of Entitlement to Absolute and Qualified Immunity [Doc. No. 5].

**ORDERED:**  Plaintiff shall submit a proposed amended complaint to the Court on or before **December 9, 2011.**

**ORDERED:**  Defendants Barker, Arries and Cook's Motion to Stay Proceedings Pending Determination of Entitlement to Absolute and Qualified Immunity [Doc. No. 5] is DENIED WITHOUT PREJUDICE.

Hearing Concluded.
**Court in recess:**      **10:14 a.m.**
Total time in court:      00:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.