IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  11-cv-01777-REB -CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 1, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| TRENTON H. PARKER, | *Pro se* |
| Plaintiff, | |
| v. | |
| DANIEL S. MAUS, in his official and individual capacities, | Amy Colony |
| BRUCE T. BARKER, in his official and individual capacities, | Mark Ratner |
| STEPHANIE ARRIES, in her official and individual capacities, and | |
| JOHN COOK, in his individual and official capacities. In. Re. Weld County Commissioners v. Land Home Development Company, Inc. & Trenton Parker, Case No. 07-CV-189, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:      9:18 a.m.**
Court calls case. Appearances of counsel. Statements by Plaintiff.

Discussion between the Court and counsel regarding the history of the case; Rule 15(a); Plaintiff's Late Answer and Motion to Amend Original Complaint for Cause [Doc. No. 16]; Plaintiff failing to provide a proposed amended complaint and response to Defendants' motions to dismiss; following the federal and local rules; staying the case; serving discovery; Defendants Barker, Arries and Cook's Motion to Dismiss Pursuant to Fed. R. Civ. P.12(b)(1) and 12(b)(6) [Doc. No. 3]; and Defendants Barker, Arries and Cook's Motion to Stay Proceedings Pending

Determination of Entitlement to Absolute and Qualified Immunity [Doc. No. 5].

**ORDERED:**  Plaintiff shall submit a proposed amended complaint to the Court on or before **December 9, 2011.**

**ORDERED:**  Defendants Barker, Arries and Cook's Motion to Stay Proceedings Pending Determination of Entitlement to Absolute and Qualified Immunity [Doc. No. 5] is DENIED WITHOUT PREJUDICE.

Hearing Concluded.
**Court in recess:       10:14 a.m.**
Total time in court:    00:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.