IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01777-REB-CBS

TRENTON H. PARKER,
    Plaintiff,
v.

DANIEL S. MAUS, individual[ly] and in his official capacity;
ELIZABETH B. STROBEL, individually and in her official capacity;
BRUCE T. BARKER, individually and in his official capacity;
STEPHANIE ARRIES, individually and in her official capacity;
JOHN COOK, individually and in his official capacity;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD, STATE OF COLORADO; and
In Re Case No. 07-CV-189; and Case No 11-CV-19, IN WELD COUNTY, STATE OF COLORADO,
    Defendants.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff's Motion to Allow Late Response for Good Cause" (filed March 30, 2012) (Doc. # 35).  Pursuant to the Order of Reference dated July 8, 2011 (Doc. # 2) and the memorandum dated April 2, 2012 (Doc. # 36), this matter was referred to the Magistrate Judge.  The court having reviewed the Motion, the Response filed by Defendants Barker, Arries, and Cook (Doc. # 37), the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Plaintiff's Motion to Allow Late Response for Good Cause" (filed March 30, 2012) (Doc. # 35) is GRANTED.

    2.    Plaintiff's Response (Doc. # 35-1) to Defendants' Motions to Dismiss

1

(Docs. # 25 and # 28) and is accepted for filing as of the date of this Order.

3. Defendants may file any replies on or before April 27, 2012.

DATED at Denver, Colorado this 12th day of April, 2012.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge