IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01777-REB-CBS

TRENTON H. PARKER,
    Plaintiff,
v.

DANIEL S. MAUS, individual[ly] and in his official capacity;
ELIZABETH B. STROBEL, individually and in her official capacity;
BRUCE T. BARKER, individually and in his official capacity;
STEPHANIE ARRIES, individually and in her official capacity;
JOHN COOK, individually and in his official capacity;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD, STATE OF COLORADO; and
In Re Case No. 07-CV-189; and Case No 11-CV-19, IN WELD COUNTY, STATE OF COLORADO,
    Defendants.

---

AMENDED ORDER[1]

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Motion to Allow Late Response for Good Cause" (filed March 30, 2012) (Doc. # 35). Pursuant to the Order of Reference dated July 8, 2011 (Doc. # 2) and the memorandum dated April 2, 2012 (Doc. # 36), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the Response filed by Defendants Barker, Arries, and Cook (Doc. # 37), the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

---

    [1] Amended to correct paragraph 2 of the Order dated April 12, 2012 to state that Plaintiff's Response (Doc. # 35-1) was accepted on April 12, 2012 as Plaintiff's Response to the Motion to Dismiss filed by Defendants Maus and Strobel (Doc. # 28) only.

1. "Plaintiff's Motion to Allow Late Response for Good Cause" (filed March 30, 2012) (Doc. # 35) is GRANTED.

2. Plaintiff's Response (Doc. # 35-1) to "Defendants Daniel S. Maus and Elizabeth B. Strobel's Motion to Dismiss Amended Complaint . . . " (Doc. # 28) is accepted for filing as of April 12, 2012.

3. Defendants Maus and Strobel may file a reply on or before April 27, 2012.

DATED at Denver, Colorado this 16th day of April, 2012.

BY THE COURT:


  s/ Craig B. Shaffer
United States Magistrate Judge