**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-01777-REB-CBS

TRENTON T. PARKER,

     Plaintiff,

v.

DANIEL S. MAUS, in his individual and official capacity,
ELIZABETH B. STROBEL, individually and in her official capacity,
BRUCE T. BARKER, in his individual and official capacity,
STEPHANIE L. ARRIES, in her individual and official capacity,
JOHN COOK, in his individual and official capacity,
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD, STATE OF
COLORADO
In Re Case No. 07-cv-189; and Case No. 11-cv-19,
IN WELD COUNTY, STATE OF COLORADO,

     Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

     The matter before me is the **Recommendation of United States Magistrate**

**Judge on Pending Motions To Dismiss** [#43],[1] filed August 16, 2012.  No objections

having been filed to the recommendation, I review it only for plain error.  *See Morales-*

*Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir.

---

[1]  "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

2005).[2]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge on Pending Motions To Dismiss** [#43], filed August 16, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2.  That **Defendants Barker, Arries, and Cook's Motion To Dismiss Plaintiff's Amended Complaint (ECF No. 23) Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)** [#25], filed December 30, 2011, is **GRANTED**;

3.  That **Defendants Daniel S. Maus'** [sic] **and Elizabeth B. Strobel's Motion To Dismiss Amended Complaint (ECF #23) Pursuant to FRCP 12(B)(1) and 12(B)(6)** [#28], filed January 3, 2012, is **GRANTED**;

4.  That plaintiff's claims are **DISMISSED** as follows:

    a.  The claims against defendants Parker and Strobel in both their official and individual capacities are **DISMISSED WITH PREJUDICE**;

    b.  The claims against defendants Barker, Arries, and Cook in their official capacities are **DISMISSED WITH PREJUDICE**;

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

    c.  The claims against defendants Barker, Arries, and Cook in their individual capacities are **DISMISSED WITHOUT PREJUDICE**; and

    d.  The claims against the Board of County Commissioners of the County of Weld, State of Colorado, are **DISMISSED WITHOUT PREJUDICE** for failure to effectuate timely service of process; and

5.  That judgment **SHALL ENTER** as follows:

    a.  On behalf of defendants, Daniel S. Maus, individually and in his official capacity, and Elizabeth B. Strobel, individually and in her official capacity, and against plaintiff, Trenton H. Parker, as to all claims and causes of action asserted herein; provided, that the judgment as to these defendants shall be with prejudice;

    b.  On behalf of defendants Bruce T. Barker, Stephanie L. Arries, and John Cooke, and against plaintiff, Trenton H. Parker, as to all claims and causes of action brought against them in their official capacities; provided, that the judgment as to these claims against these defendants shall be with prejudice;

    c.   On behalf of defendants Bruce T. Barker, Stephanie L. Arries, and John Cooke, and against plaintiff, Trenton H. Parker, as to all claims and causes of action brought against them in their individual capacities; provided, that the judgment as to these claims against these defendants shall be without prejudice; and

d.  On behalf of defendant Board of County Commissioners of the County

of Weld, State of Colorado, and against plaintiff, Trenton H. Parker, as to

all claims and causes of action brought against it; provided, that the

judgment as to this defendant shall be without prejudice.

Dated September 25, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge