**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01777-REB-CBS

TRENTON T. PARKER,

    Plaintiff,

v.

DANIEL S. MAUS, in his individual and official capacity,
ELIZABETH B. STROBEL, individually and in her official capacity,
BRUCE T. BARKER, in his individual and official capacity,
STEPHANIE L. ARRIES, in her individual and official capacity,
JOHN COOK, in his individual and official capacity,
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD, STATE OF COLORADO
In Re Case No. 07-cv-189; and Case No. 11-cv-19,
IN WELD COUNTY, STATE OF COLORADO,

    Defendants.

**ORDER**

**Blackburn, J.**

    This matter comes before me *sua sponte*. It has come to the court's attention that there is a clerical error in my prior **Order Adopting Recommendation of the United States Magistrate Judge** [#44], filed September 25, 2012. I enter this order to correct that error and direct amendment of the judgment in accordance therewith. No substantive changes are intended by these amendments.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That paragraph 4.a. at page 2 of the court's **Order Adopting Recommendation of the United States Magistrate Judge** [#44], filed September 25, 2012, is **AMENDED** to read as follows:

"4. That plaintiff's claims are DISMISSED as follows:

a. The claims against defendants Maus and Strobel in both their official and individual capacities are **DISMISSED WITH PREJUDICE**;" and

2. That the clerk of the court is **DIRECTED** to amend the **Final Judgment** [#45], filed September 26, 2012, to reflect this correction.

Dated September 27, 2012, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge