IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01777-REB-CBS

TRENTON T. PARKER,

    Plaintiff,

v.

DANIEL S. MAUS, in his individual and official capacity,
ELIZABETH B. STROBEL, individually and in her official capacity,
BRUCE T. BARKER, in his individual and official capacity,
STEPHANIE L. ARRIES, in her individual and official capacity,
JOHN COOK, in his individual and official capacity,
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD, STATE OF COLORADO
In Re Case No. 07-cv-189; and Case No. 11-cv-19,
IN WELD COUNTY, STATE OF COLORADO,

    Defendants.

## AMENDED FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of the United States Magistrate Judge** [#44] entered by Judge Robert E. Blackburn on September 25, 2012, and the subsequent Order entered September 27, 2012, which orders are incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants Barker, Arries, and Cook's Motion To Dismiss Plaintiff's Amended Complaint (ECF No. 23) Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)** [#25], filed December 30, 2011, is **GRANTED**;

    2. That **Defendants Daniel S. Maus' and Elizabeth B. Strobel's Motion To Dismiss Amended Complaint (ECF #23) Pursuant to FRCP 12(B)(1) and 12(B)(6)** [#28], filed January 3, 2012, is **GRANTED**;

    3. That plaintiff's claims are **DISMISSED** as follows:

        a. The claims against defendants Maus and Strobel in both their official and individual capacities are **DISMISSED WITH PREJUDICE**;

        b. The claims against defendants Barker, Arries, and Cook in their official capacities are **DISMISSED WITH PREJUDICE**;

        c. The claims against defendants Barker, Arries, and Cook in their individual capacities are **DISMISSED WITHOUT PREJUDICE**; and

        d. The claims against the Board of County Commissioners of the County of Weld, State of Colorado, are **DISMISSED WITHOUT PREJUDICE** for failure to effectuate timely service of process; and

    4. That **JUDGMENT IS ENTERED** as follows:

        a. On behalf of defendants, Daniel S. Maus, individually and in his official capacity, and Elizabeth B. Strobel, individually and in her official capacity, and against plaintiff, Trenton H. Parker, as to all claims and causes of action asserted herein; provided, that the judgment as to these defendants **IS WITH PREJUDICE**;

        b. On behalf of defendants Bruce T. Barker, Stephanie L. Arries, and John Cooke, and against plaintiff, Trenton H. Parker, as to all claims and causes of action brought against them in their official capacities; provided, that the judgment as to these claims against these defendants **IS WITH**

**PREJUDICE**;

c. On behalf of defendants Bruce T. Barker, Stephanie L. Arries, and John Cooke, and against plaintiff, Trenton H. Parker, as to all claims and causes of action brought against them in their individual capacities; provided, that the judgment as to these claims against these defendants **IS WITHOUT PREJUDICE**; and

d. On behalf of defendant Board of County Commissioners of the County of Weld, State of Colorado, and against plaintiff, Trenton H. Parker, as to all claims and causes of action brought against it; provided, that the judgment as to this defendant **IS WITHOUT PREJUDICE**.

DATED at Denver, Colorado, this 27th day of September, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk